## JEFFREY A. WALKER *v.* STATE OF CONNECTICUT
### (14263)

Lavery, Heiman and Schaller, Js.

Argued September 28—decision released October 24, 1995

*Jeffrey A. Walker*, pro se, the appellant (petitioner), filed a brief.

*James A. Killen*, assistant state's attorney, with whom, on the brief, was *Mary Galvin*, state's attorney, for the appellee (respondent).

PER CURIAM. The judgment is affirmed.